UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1163

(1:10-cv-00172-MR-DLH)

_____

SYNOVUS BANK; NATIONAL BANK OF SOUTH CAROLINA
      Plaintiffs - Appellees

v.

BARRON S. WALL; KEVIN J. TRACY; ANTHONY J. BARBIERI; PATRICIA M. TRACY
      Defendants - Appellants

and

BENJAMIN W. ATKINSON; DANIEL S. HINKSON; KATHERINE H. WILLIAMS
      Defendants

_____

MOTION TO DISMISS

_____

     The undersigned hereby moves that appellant Anthony J. Barbieri in the above appeal be dismissed upon such terms as have been agreed to by the parties. FRAP 42(b). Undersigned counsel represents to the Court that all appellate counsel of record consent to this dismissal.

This the 3rd day of June, 2014.

*s/ Edward L. Bleynat, Jr.*
Edward Louis Bleynat Jr.
Counsel for Appellant